UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

Camden Office                                   Date of proceeding: March 27, 2012

**JUDGE KAREN M. WILLIAMS**

COURT REPORTER:  Disc # 349

**DOCKET NO.  11-cv-6247 (JBS)**

**TITLE OF CASE:**
STEAMFITTERS  LOCAL 449
         v.
CENTRAL EUROPEAN DSTRIBUTION CORPORATION, ET AL.,

**APPEARANCES:**
Tina Moukoulis, Esq., Deborah Gross, Esq., and Darren Robbins, Esq., for Prosperity Group
Daniel Sommers, Esq., Douglas Bunch, Esq., Michael Eisenkraft, Esq., and Mark Rosen, Esq., for Arkansas Public Employees Retirement System and Fresno County employees Retirement Association
Kenneth Cesta, Esq., and Richard Reinthaler, Esq., for Defendants

**NATURE OF PROCEEDINGS: ORAL ARGUMENT**
Hearing on Motion to Appoint Lead Plaintiff and Counsel [4] and [9]
Decision Reserved
Report and Recommendation to be entered.

                                    DEPUTY CLERK:_____s/ Denise Wolk_____

CC:  CHAMBERS

Time Commenced: 2:16
Time Adjourned: 3:23
**Total Time in Court: 33 mins.**