IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE CENTRAL EUROPEAN DISTRIBUTION CORP. SECURITIES LITIGATION | : | Civil Action No. 11-6247 (JBS-KMW) (consolidated) |

| | | |
|---|---|---|
| JEFFREY GRODKO,<br>　　　　Plaintiff,<br><br>　　v.<br><br>CENTRAL EUROPEAN DISTRIBUTION CORPORATION, et al.,<br><br>　　　　Defendants. | : | Civil Action No. 12-5530 (JBS-KMW) |

| | | |
|---|---|---|
| PUERTO RICO SYSTEM OF ANNUITIES AND PENSIONS FOR TEACHERS,<br>　　　　Plaintiff,<br><br>　　v.<br><br>CENTRAL EUROPEAN DISTRIBUTION CORPORATION, et al.,<br><br>　　　　Defendants. | : | Civil Action No. 12-5531 (JBS-KMW) |

**ORDER**

This matter comes before the Court on review of the First Motion For Relief From This Court's August 22, 2012 Order [Docket Item 72] and the Motion Of Named Plaintiff Puerto Rico System Of Annuities And Pensions For Teachers' Objection To The August 22,

2012 Opinion And Order [Docket Item 77]. For the reasons stated in the Opinion of today's date and for good cause shown,

IT IS this **8th** day of **November**, **2012** hereby

**ORDERED** that the First Motion For Relief From This Court's August 22, 2012 Order [Docket Item 72] is **GRANTED,** and Grodko v. Central European Distribution Corporation, Civ. No. 12-5530, shall be de-consolidated from In re Central European Distribution Corp. Securities Litigation, Civ. No. 11-6247; and it is further

**ORDERED** that the Motion Of Named Plaintiff Puerto Rico System Of Annuities And Pensions For Teachers' Objection To The August 22, 2012 Opinion And Order [Docket Item 77] is **DENIED.** The Court will not reopen the lead plaintiff application process in In re Central European Distribution Corp. Securities Litigation, Civ. No. 11-6247, and the Arkansas Public Employees Retirement System and the Fresno County Employees' Retirement Association will continue to serve as lead plaintiff for that action; and it is further

**ORDERED** that Puerto Rico System of Annuities and Pensions for Teachers v. Central European Distribution Corporation, Civ. No. 12-5531, shall be de-consolidated from In re Central European Distribution Corp. Securities Litigation, Civ. No. 11-6247, and it shall be consolidated for all purposes with Grodko v. Central European Distribution Corporation, Civ. No. 12-5530, and all filings for the Grodko and Puerto Rico System cases shall be

2

under the first-filed docket in <u>Grodko</u> and shall bear the caption of both cases; and it is further

**ORDERED** that each above-captioned Individual Action shall be reopened upon its individual docket; and it is further

ORDERED that the Clerk shall file a copy of this order on the docket for each above-captioned Individual Action; and it is further

ORDERED that the Clerk shall restore both the Motion to Appoint Harry E. Nelis as Lead Plaintiff and Motion to Appoint Pomerantz Grossman Hufford Dahlstrom & Gross, LLP as Lead Counsel [Docket Item 78] and the Motion to Appoint the Prosperity Subsidiary Group as Lead Plaintiff and Motion to Appoint Robbins Geller Rudman & Dowd, LLP and the Law Offices of Bernard M. Gross as Co-Lead Counsel [Docket Item 80] to docket number 12-5530; and it is further

ORDERED that the three above-referenced actions at Civ. No. 11-6247, and the consolidated actions 12-5530 and 12-5531, shall be coordinated for discovery and case management purposes only, before the Hon. Karen M. Williams, U.S. Magistrate Judge.

IT IS SO ORDERED.


 s/ Jerome B. Simandle
JEROME B. SIMANDLE
Chief U.S. District Judge