Mark R. Rosen
**BARRACK, RODOS & BACINE**
One Gateway Center, Suite 2600
Newark, NJ 07102
(973) 297-1484
*Liaison Counsel*

Steven J. Toll
Daniel S. Sommers
S. Douglas Bunch
Genevieve O. Fontan
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005-3964
(202) 408-4600
*Lead Counsel for Lead Plaintiffs Arkansas Public Employees Retirement System and Fresno County Employees' Retirement Association*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE CENTRAL EUROPEAN DISTRIBUTION CORPORATION SECURITIES LITIGATION<br><br>The Document Relates To:<br><br>ALL ACTIONS. | HON. JEROME B. SIMANDLE<br><br>CIVIL ACTION NO:<br>1:11-CV-06247-JBS-KMW |

**NOTICE OF MOTION AND MOTION FOR (1) FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION; AND (2) AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**


TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on November 14, 2014, at 10:00 a.m., before the Honorable Jerome B. Simandle, Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, New Jersey, Lead Plaintiffs will move for (1) a final judgment approving the Stipulation of Settlement with Defendant William V. Carey, dated May 12, 2014 (the "Stipulation"), and dismissing this Action with prejudice and approving the Plan of Allocation of settlement proceeds; and (2) an order awarding attorneys' fees and reimbursement of expenses.

This motion is based upon the accompanying Memorandum of Law in Support of Lead Plaintiffs' Motion for Final Approval of Class Action Settlement, the Memorandum of Law in Support of Plaintiffs' Counsel's Application for an Award of Attorneys' Fees and Reimbursement of Expenses, the declarations in support thereof, the Stipulation and supporting exhibits, the papers and filings on record in this matter, and such additional evidence or argument as may be presented at the hearing.

Dated: September 30, 2014

**COHEN MILSTEIN SELLERS & TOLL PLLC**

    /s/    Daniel S. Sommers

Daniel S. Sommers
Steven J. Toll
Daniel S. Sommers
S. Douglas Bunch
Genevieve O. Fontan
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005-3964
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Michael Eisenkraft
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

*Lead Counsel for Lead Plaintiffs Arkansas Public Employees Retirement System and Fresno County Employees' Retirement Association*

Mark R. Rosen
**BARRACK, RODOS & BACINE**
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 297-1484
Facsimile: (973) 297-1485

3

1924585.1

        Daniel E. Bacine
        Jeffrey A. Barrack
        Lisa M. Lamb
        **BARRACK, RODOS & BACINE**
        3300 Two Commerce Square
        2001 Market Street
        Philadelphia, PA  19103
        Telephone:  (215) 963-0600
        Facsimile:  (215) 963-0838

        *Liaison Counsel*

1924585.1

## **CERTIFICATE OF SERVICE**

I, Daniel S. Sommers, hereby certify that on September 30, 2014, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter who are registered on CM/ECF.

      /s/ Daniel S. Sommers
      Daniel S. Sommers