# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE CENTRAL EUROPEAN DISTRIBUTION CORPORATION SECURITIES LITIGATION<br><br>The Document Relates To:<br><br>ALL ACTIONS. | HON. JEROME B. SIMANDLE<br><br>CIVIL ACTION NO:<br>1:11-CV-06247-JBS-KMW<br><br>**ORDER GRANTING PLAINTIFFS' COUNSEL'S APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES** |

This matter having come before the Court on November 14, 2014, on the application of counsel for Lead Plaintiffs for an award of attorneys' fees and reimbursement of expenses incurred in this action ("the Fee and Expense Application"), the Court, having considered all papers filed and proceedings conducted herein, having found the Settlement of this Action to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefore, and for the reasons set forth on the record on November 14, 2014, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated as of May 12, 2014 (the "Stipulation"), and filed with the Court.

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Class who have not timely and validly requested exclusion from the litigation and the Class.

3. The "Notice of Pendency and Proposed Settlement of Class Action," substantially in the form approved by the Order Preliminarily Approving Settlement and Providing for Notice ("Preliminary Approval Order") dated July 31, 2014, was mailed to all persons and entities reasonably identifiable who purchased or otherwise acquired during the Class Period the CEDC common stock identified in the Stipulation on exchanges in the United States, except those persons

and entities excluded from the definition of the Class. In addition, the Summary Notice, again substantially in the form approved by the Court in the Preliminary Approval Order, was published pursuant to the specifications of the Court. A dedicated website was also used to reach Class members and for further availability of the Notice to the Class.

4. The Court hereby finds that the Notice to the Class provided the best notice practicable under the circumstances. The Notice provided due and adequate notice of these proceedings and the matters set forth herein, including the Fee and Expense Application, to all persons and entities entitled to such notice, and the Notice fully satisfied the requirements of Rule 23 of the Federal Rules of Civil Procedure, Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(7), as amended by the Private Securities Litigation Reform Act of 1995, due process, and any other applicable law. A full opportunity has been offered to the Class Members to object to the Fee and Expense Application and to participate in the hearing thereon.

5. No Class Members have filed objections to or comments on the Fee and Expense Application; the Court has fully considered those filings.[1]

6. The Court hereby awards counsel for Lead Plaintiffs attorneys' fees of

---

[1] The one "objection" received concerned an entity that purchased CEDC common stock on an international exchange. Given the parties' clarification that the Class includes only those who purchased or acquired CEDC stocks on exchanges in the United States, such entity is excluded from the Class.

3

20% of the Settlement Fund, which is $230,000, plus the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until the fee is paid, plus reimbursement of litigation expenses in the amount of $87,720.04. The Court finds that the amount of fees awarded is appropriate and is fair and reasonable under both the "percentage-of- recovery" method and the lodestar method given the substantial risks of non- recovery, the time and effort involved, and the result obtained for the Class.

7. The fees and expenses shall be allocated among counsel for Lead Plaintiffs by Lead Counsel, Cohen Milstein Sellers & Toll PLLC, in a manner which, in Lead Counsel's judgment, reflects each such counsel's contribution to the institution, prosecution, and resolution of the Action.

8. The awarded attorneys' fees and expenses and interest earned thereon shall immediately be distributed to Lead Counsel subject to the terms, conditions, and obligations of the Stipulation.

SIGNED this 14th day of November 2014.

*Jerome B. Simandle*
THE HONORABLE JEROME B. SIMANDLE
UNITED STATES DISTRICT JUDGE